**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | | ) | Chapter 13 |
| | | ) | |
| John T. McMahan, | | ) | No. 18-14064 |
| | | ) | |
| | | ) | |
| | | ) | |
| | Debtor. | ) | Judge Janet S. Baer |

## NOTICE OF MOTION

TO:    See Attached Certificate of Service

PLEASE TAKE NOTICE that on October 25, 2022, at 11:00 AM, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **Motion of Penelope N. Bach and Paul M. Bach to Withdraw as Counsel for Debtor,** at which time you may appear if you so choose.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BY:    /S/ PENELOPE N. BACH
BACH LAW OFFICES
COUNSEL FOR DEBTOR(S)
P.O. BOX 1285
NORTHBROOK, IL 60062
PHONE:  (847) 564 0808

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| John T. McMahan, | ) | No.  18-14064 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

---

MOTION FOR LEAVE TO WITHDRAW BY PENELOPE N. BACH AND PAUL M.
BACH OF BACH LAW OFFICES AS ATTORNEY FOR DEBTOR

**NOW COMES** Paul M. Bach and Penelope N. Bach current attorneys of record for the Debtor in the above referenced case, and respectfully moves the Court for leave to withdrawal as attorney of record for the Defendant in the subject case and in support thereof shows unto this Court as follows:

1. Penelope N. Bach and Paul M. Bach of Bach Law Offices, Inc. are attorney of record for John T. McMahan in this bankruptcy case as well as in the Adversary Case of Lake Forest Bank & Trust Company v. McMahan 2018-A-00252.

2. Due to irreconcilable differences and the Debtor's request, Paul M. Bach and Penelope N. Bach believe they can no longer properly represent the Debtor;

3. Therefore Paul M. Bach and Penelope N. Bach move this court for an order allowing Paul M. Bach and Penelope N. Bach to withdraw from this case and to fully discharge Paul M. Bach and Penelope N. Bach of any further responsibility for the representation of the Debtor relating to this proceeding;

4. The movant is further moving for any other relief this Court deems just.

**WHEREFORE** Paul M. Bach and Penelope N. Bach moves the Court for leave to withdraw as attorneys of record for the Debtor in the subject case and for any further relief this court deems just.

Respectfully Submitted,

By: /s/ Penelope N. Bach
    Penelope N. Bach
    PO Box 1285
    Northbrook, Illinois 60065
    (847) 564-0808
    Attorney No.  06284659

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that this document was filed electronically this October 19, 2022.  Notice of this filing will be sent to John T. McMahan and all parties of record at the email addresses listed below and through ECF Mail.

s/ Penelope N. Bach

John T. McMahan                          VIA Email to: goldcoastpro@gmail.com

ECF Mail to:

Adham Alaily on behalf of Creditor BMO Harris Bank N.A.
aalaily@ea-atty.com

Peter C Bastianen on behalf of Creditor New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
bkpleadingsNORTHERN@il.cslegal.com

Kinnera Bhoopal on behalf of Creditor U.S. Bank National Association
kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Ross T Brand on behalf of Creditor The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser
rbrand@klueverplatt.com, bknotice@klueverplatt.com

David R Brown, ESQ on behalf of Trustee Thomas E Springer
dbrown@springerbrown.com, iprice@springerbrown.com

Kurt M. Carlson on behalf of Creditor Lake Forest Bank & Trust Company
kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com

Nathan E Delman on behalf of Plaintiff Thomas E Springer
ndelman@hmblaw.com, ecfnotices@hmblaw.com

Kevin C. Driscoll on behalf of Creditor U.S. Bank National Association
kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com

Joshua D. Greene on behalf of Plaintiff Thomas E. Springer, Trustee
jgreene@springerbrown.com, aoloughlin@springerbrown.com

Aaron L. Hammer on behalf of Attorney Horwood Marcus & Berk Chartered
ahammer@hmblaw.com, ecfnotices@hmblaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Brenda Ann Likavec on behalf of Creditor U.S. Bank National Association
blikavecbkecf@gmail.com

C. Douglas Moran on behalf of Creditor Lake Forest Bank & Trust Company
cdmoran@carlsondash.com, knoonan@carlsondash.com

Dana N O'Brien on behalf of Creditor U.S. Bank National Association
dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

Steven R Rappin on behalf of Creditor THE NORTHERN TRUST COMPANY
srappin@grglegal.com, lrodriguez@grglegal.com

M. Gretchen Silver on behalf of U.S. Trustee Patrick S Layng
ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov

Thomas E Springer
tspringer@springerbrown.com, IL85@ecfcbis.com;mspringer@springerbrown.com

Thomas E Springer on behalf of Trustee Thomas E Springer
tspringer@springerbrown.com,
aoloughlin@springerbrown.com;ekarch@springerbrown.com

Martin J Wasserman on behalf of Creditor Lake Forest Bank & Trust Company
mwasserman@carlsondash.com, knoonan@carlsondash.com