UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-14064
John T. McMahan )
 )
 )  Chapter: 7
 )
 )  Honorable Janet S. Baer
 )
 )
Debtor(s) )

## ORDER GRANTING PENELOPE N. BACH AND PAUL M. BACH'S MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

This cause coming to be heard on the Motion to Penelope N. Bach and Paul M. Bach of Bach Law Offices, Inc. to Withdraw as Counsel, the Court being fully advised,

IT IS HEREBY ORDERED THAT:

(1) The Motion of Penelope N. Bach and Paul M. Bach of Bach Law Offices, Inc. to Withdraw as Counsel for Debtor is granted.

(2) Penelope N. Bach and Paul M. Bach of Bach Law Offices, Inc. are no longer counsel of record for the Debtor, John T. McMahan.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 25, 2022

**Prepared by:**

Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
847 564 0808