```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION




John T. McMahan,              )   No. 18 B 14064
                              )   Chicago, Illinois
                              )   10:00 a.m.
               Debtor.        )   July 19, 2022




    TRANSCRIPT OF PROCEEDINGS HELD VIA ZOOM BEFORE THE
               HONORABLE JANET S. BAER
```

APPEARANCES:

For the Trustee:             Mr. Nathan Delman;

For the Debtor:              Ms. Penelope Bach;

For U.S. Bank National
Association:                 Mr. Kevin Driscoll;

For Lynn McMahan:            Mr. Brian Welch;

Court Reporter:              Amy Doolin, CSR, RPR
                             U.S. Courthouse
                             219 South Dearborn
                             Room 661
                             Chicago, IL  60604.

1        THE CLERK:  Taking up this court's
2  10:00 o'clock matter, John McMahan.
3        MR. DELMAN:  Good morning, Your Honor.
4  Nathan Delman appearing on behalf of Tom Springer,
5  Chapter 7 trustee.
6        MR. DRISCOLL:  Good morning, Judge.
7  Kevin Driscoll for U.S. Bank.
8        MS. BACH:  Good morning, Your Honor.
9  Penelope Bach for John McMahan.
10       MR. WELCH:  Good morning, Your Honor.
11 Brian Welch on behalf of Lynn McMahan.
12       THE COURT:  Good morning, everyone.
13       Where do things stand on this matter,
14 Mr. Delman?
15       MR. DELMAN:  Well, I'm happy to report
16 that I believe within the last five minutes or so we
17 have an order that all parties believe is ready to
18 go.  I believe that the U.S. Trustee has had an
19 opportunity to review all the substantive elements of
20 it.  The last detail was U.S. Bank payoff figures
21 that we now have that are in there.
22       There was some terms that U.S. Bank
23 and Safe Harbor Equity had some back forth on getting
24 the language right, but I think we have an order
25 that U.S. Bank, Safe Harbor Equity, the Chapter 13

1  trustee and the United States Trustee have all had
2  an opportunity to review and are all comfortable
3  with.
4              And so the idea is that we can file
5  the proposed order, along with a black-line for Your
6  Honor to review to see the changes from the proposed
7  order that was filed back in May at this point.  And
8  the idea is that that would be an order that could be
9  entered.
10             THE COURT:  All right.  Now I'm kind
11 of surprised.  I think this is maybe the first time
12 in this matter that both counsel for Mr. McMahan --
13 or Dr. McMahan, as well as Lynn McMahan are on the
14 phone.
15             So I guess I have to say what does
16 that mean?
17             MS. BACH:  Well, I have been here; all
18 along.  I've just been silent because I don't think
19 the debtor really has any argument in this, and I was
20 listening to see what's going on.
21             THE COURT:  Right.  Okay.  Thank you,
22 Ms. Bach.  I appreciate it.
23             Mr. Welch, you're new to the party.
24             MR. WELCH:  Yes, Your Honor.  Good
25 morning.  Brian Welch on behalf of Lynn McMahan.

1     I was advised in the last ten minutes,
2  Your Honor, that my firm has been engaged by Ms.
3  McMahan to step in here and see what's going on with
4  the bankruptcy case.
5     I'm also advised by Ms. McMahan, and I
6  did look at some of the filings from the Trinity
7  Green Colorado adversary proceeding.  It looks like
8  after that transfer was avoided, title should have
9  returned to the status it was in before the avoidable
10 transfer.
11    And the complaint in that proceeding
12 indicated that at the time of the transfer the debtor
13 and Ms. McMahan at least owned that property in joint
14 tenancy.  I have not seen any documents regarding the
15 property.  That's just the allegation that's in the
16 complaint.
17    So, the reason I'm here is that Ms.
18 McMahan has some interest in the property.  I have
19 not had a chance to fully review the motion and all
20 of the papers filed in support of the motion.  What
21 I would like to do to ensure that Ms. McMahon'
22 interest in the property is not prejudiced by any
23 of the proceedings here is to request two weeks
24 or so to review all the filings and advise the
25 court more specifically as to Ms. McMahan's

1  position.

2  THE COURT: Mr. Welch, your request is
3  denied. Mrs. McMahan has had I would guess at least
4  five different lawyers in this case, if not more. I
5  actually at one time did a ruling that outlined every
6  single lawyer and when they were in and when they
7  were out.

8  Mrs. McMahan has disappeared in the
9  last year or so. We have given her dozens of
10 opportunities. Again, if you go back and look at the
11 docket, you'll see all these orders where I basically
12 set a deadline, she doesn't show up. I set another
13 deadline, then maybe she shows up. Then I set
14 another deadline.

15 No. Mrs. McMahan can do whatever
16 Mrs. McMahan believes she needs to do. If you
17 need to file a motion on something, you need to
18 file a motion. But I will not stop the process
19 from --

20 MRS. McMAHON: I have had attorneys,
21 Judge. I have had attorneys, and nobody has notified
22 me of any proceedings. I'm sorry to interject this,
23 but nobody has notified me. I haven't been served.
24 And I thought, you know, that because of the
25 circumstances that things were quiet, no news is good

1  news.
2              Nobody has notified me.  I don't have
3  an attorney on the case until now.  So I would really
4  appreciate it if you would give me some leeway here
5  under the circumstances.
6              THE COURT:  Mrs. McMahan and Mr.
7  Welch, the matter that is before me today is the
8  Chapter 7 trustee's motion to approve financing for
9  the trustee so that the trustee may proceed to do the
10 various things they need to do vis-a-vis these
11 properties, which they are pursuing to collect
12 various judgments that have been entered by the
13 court.  That's what's before me.
14             Ms. McMahan, you actually don't have
15 standing with respect to this matter in any way,
16 shape or form.  What the trustee does next and
17 whether it has an effect on you, that's a different
18 story.
19             But with respect to this order, I am
20 going to grant the order, Mr. Delman.  Please send me
21 the draft order and the black-line, and I will review
22 it, and we will get that entered as soon as I have a
23 chance to review the changes and make sure there are
24 no issues.
25             Mrs. McMahan, I am not precluding you

1  from hiring counsel, proceeding, doing what you want.
2  This has gone on a very long time.  We have done
3  everything and bent over backwards.  I have -- we
4  have, the docket has, Mr. Delman has proofs of
5  notices, proofs of service and all that sort of
6  thing.  So, with respect to the --
7               MS. McMAHON:  Where --
8               THE COURT:  The only matter before me
9  today --
10              MRS. McMAHON:  Your Honor --
11              THE COURT:  Mrs. McMahan, please let
12  me finish or I will have my clerk cut you off from
13  being able to speak.
14              With respect to this matter, I
15  have ruled.  The order will be entered.  What you
16  and Mr. Welch decide to do going forward is up to
17  you.
18              But with respect to this matter, the
19  approval of the financing for the trustee, I have
20  granted the motion, and there is nothing more that
21  you can or should be saying on this matter.
22              With that, Mr. Delman, please get to
23  the draft order box the draft order and the
24  black-line.
25              MR. DELMAN:  Absolutely, Your Honor.

1  We will do.
2              THE COURT:  Thank you.  That concludes
3  the matter for the day.
4              MR. DELMAN:  Thank you, Your Honor,
5  very much.
6              (Which were all the proceedings had in
7              the above-entitled cause, July 19,
8              2022, 10:00 a.m.)
9  I, AMY B. DOOLIN, CSR, RPR, DO HEREBY CERTIFY
   THAT THE FOREGOING IS A TRUE AND ACCURATE
10 TRANSCRIPT OF PROCEEDINGS HAD IN THE ABOVE-
   ENTITLED CAUSE.  /S/
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25