**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|                        |     |                              |
|------------------------|-----|------------------------------|
|                        | )   | Case No. 18-14064            |
| In re:                 | )   |                              |
|                        | )   | Chapter 7                    |
| John T. McMahan,       | )   |                              |
| Debtor                 | )   | Hon. Janet S. Baer           |
|                        | )   |                              |
|                        | )   | Set for: November 16, 2022   |
|                        | )   | at 10:00 a.m.                |

**NOTICE OF MOTION**

TO: See attached list

      PLEASE TAKE NOTICE that on November 16, 2022, at 10:00 a.m., I will appear before the Honorable Judge Janet S. Bear, or any judge sitting in that judge's place, **either** in courtroom __719__ of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present **Cindy M. Johnson's Motion to Withdraw as Counsel for Lynn McMahan** a copy of which is attached.

      **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

      You may appear electronically by video or by telephone.

      **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

      **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

      **Meeting ID and passcode.** The meeting ID for this hearing is ID 160 731 2971, and the passcode is __587656__. The meeting ID and passcode can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                     By: /s/ Cindy M. Johnson

Cindy M. Johnson
Johnson Legal Group, LLC
140 S Dearborn St., Suite 1510
Chicago, IL 60603
(312)345-1306
CJohnson@JNLegal.net

### CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on November 9, 2022

   /s/ Cindy M. Johnson

### SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Adham Alaily     aalaily@ea-atty.com
- Penelope N Bach     pnbach@bachoffices.com, bachecf@gmail.com;paul@bachoffices.com;bachlaw@stratusbk.com;bachpr57277@notify.bestcase.com
- Peter C Bastianen     bkpleadingsNORTHERN@il.cslegal.com
- Kinnera Bhoopal     kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com
- Ross T Brand     rbrand@klueverplatt.com, bknotice@klueverplatt.com
- David R Brown     dbrown@springerbrown.com, iprice@springerbrown.com
- Kurt M. Carlson     kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com
- Nathan E Delman     ndelman@hmblaw.com, ecfnotices@hmblaw.com
- Joshua D. Greene     jgreene@springerbrown.com, aoloughlin@springerbrown.com
- John W Guzzardo     jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- David Hall     david.hall@btlaw.com
- Aaron L. Hammer     ahammer@hmblaw.com, ecfnotices@hmblaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Brenda Ann Likavec     blikavecbkecf@gmail.com
- C. Douglas Moran     cdmoran@carlsondash.com, knoonan@carlsondash.com
- Dana N O'Brien     dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

- Steven R Rappin    srappin@grglegal.com, lrodriguez@grglegal.com
- Robert Shelist    rjsattorny@aol.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov
- Thomas E Springer    tspringer@springerbrown.com, IL85@ecfcbis.com;mspringer@springerbrown.com
- Thomas E Springer    tspringer@springerbrown.com, aoloughlin@springerbrown.com;ekarch@springerbrown.com
- Daniel J. Voelker    dvoelker@voelkerlitigationgroup.com
- Martin J Wasserman    mwasserman@carlsondash.com, knoonan@carlsondash.com

**Electronic Mail Notice List**

Horwood Marcus & Berk Chartered
(noticed by email above to Nathan E. Delman
and Aaron L. Hammer)

Krekeler Strother S.C.
2901 W. Beltline Hwy., #301
Madison, WI  53713

Kutchins, Robbin & Diamond, Ltd.
(see below for Lois West)

Mark Allen Realty, LLC
2015 W Fullerton Ave.
Chicago, IL 60647,

Martin Auction Services, LLC
(see Robert T. Nord below)

John T. McMahan
52 Aintree Road
Saint Charles, IL 60174

John T. McMahan
908 N. Elm Street
Suite 306
Hinsdale, IL 60521

Lynn L. McMahan
384 Red Draw
Edwards, Colorado  81632

(also sending by email to
Lynn L. McMahan at
lynn.stege@icloud.com )

Robert T Nord
Martin Auction Services LLC
Martin Auction Services, LLC
9515 Texas Church Rd.
Clinton, IL 6172

Ron Byrne & Associates, Inc.
285 Bridge St.
Vail, CO  81657

Trinity Development II, Inc.
(c/o Lynn McMahan –see above
for mail and email address)

Trinity Development, Inc.
(c/o Lynn McMahan –see above
for mail and email address)

Trinity Green, LLC
(c/o Lynn McMahan –see above
for mail and email address)

Lois West
Kutchins, Robbin & Diamond, Ltd.
35 East Wacker Place
Chicago, IL  60601

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|                    |   |                          |
|--------------------|---|--------------------------|
|                    | ) | Case No. 18-14064        |
| In re:             | ) |                          |
|                    | ) | Chapter 7                |
| John T. McMahan,   | ) |                          |
|           Debtor   | ) | Hon. Janet S. Baer       |
|                    | ) |                          |
|                    | ) | Set for: November 16, 2022 |
|                    | ) | at 10:00 a.m.            |

**CINDY M. JOHNSON'S MOTION TO WITHDRAW**
**AS COUNSEL FOR LYNN MC MAHAN**

NOW COMES Cindy M. Johnson of the firm of **Johnson Legal Group, LLC** (hereafter "Movant "), and asks this Honorable Court for leave to withdraw as attorney for Lynn McMahan (hereafter "Lynn") pursuant to Rule 2091-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois.  In support thereof, she states as follows:

1.   During the course of Movant's representation of Lynn in this case, there has been a breakdown in communication between Movant and Lynn.

2.   Movant has apprised Lynn of her duties in this case, and also the position she has in this case (*vis a vis* her standing to participate in certain ways and/or to object to certain actions taken in this case).  Movant has apprised Lynn of the relevant law and of what actions/motions are legally permissible and what actions/motions are not.

3.   Movant has advised of particular courses of action that Movant believes would be beneficial to Lynn.

4.   Movant and Lynn cannot agree on the methodology for Lynn's participation in this case, and this has caused an irreparable breakdown in the attorney-client relationship.

5.    Johnson Legal Group, therefore, cannot effectively represent Lynn in this case.

6.    Movant is sending notice of this motion to Lynn, by mail  to mailing address that was given to Movant as Lynn's mailing address.

7.    Movant is sending notice by email to Lynn at the email address from which Lynn has consistently been communicating with Movant.

8.    The only pending order relating to Lynn relates to her cooperation with the trustee as to the Red Draw property.  Lynn has given the access codes for the property to the trustee's broker, and access has been allowed for the broker to have showings at the Red Draw Property.

9.    Lynn has been provided with a copy of the trustee's motion to sell the Peyton Property and the notice of motion advising her of the methodology to object to that motion and how to appear for that motion on the November 16, 2022 court date, as that property was one subject to an adversary relating to one of Lynn's Trinity Green entities.

10.    No other pending matter in this case involves Lynn's participation or involvement, and, thus, there will be no undue delay relating to or undue prejudice to Lynn or to any party in this case by the withdrawal of Movant at this time.

WHEREFORE, the Cindy M. Johnson of Johnson Legal Group, LLC asks this Honorable Court to:

(a)    enter an order granting its motion and allowing it to withdraw as counsel for Lynn McMahan;

(b)    grant Lynn McMahan a reasonable time to retain an attorney to file an appearance on Lynn McMahan's behalf, and;

(c)    grant such other and further relief as is just and equitable.

Respectfully Submitted,

Cindy M. Johnson
(Attorney for Lynn McMahan

By:____/s/ Cindy M. Johnson_____

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306
CJohnson@JNLegal.net