## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| JOHN T. MCMAHAN, | ) Case No. 18-14064 ) |
| Debtor | ) ) Honorable Janet S. Baer |

### TRINITY GREEN ENTITIES' OBJECTION TO FEE PETITION

NOW COME Trinity Green LLC, Trinity Green, LLC – 509 Peyton, Trinity Green – Colorado, LLC and Trinity Green, LLC – 1240 N. Damen, by and through their attorney, Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C., and hereby submit their objection to the fee petition brought by Horwood Marcus & Berk Chartered ("HMB") for legal services performed between November 1, 2022 and November 30, 2022, and state as follows:

1. In its January 4, 2023 filing, HMB seeks approval of its fee petition for 181.2 hours of time expended in this case, in the amount of $30,043.00 (Doc. No. 373).

2. A review of HMB's fee petition, however, evidences that the billing records are duplicative and excessive. As such, the petition should be rejected or alternatively it should be greatly scrutinized and reduced accordingly.

3. In the records, HMB is billing for work performed by five different people at the same time, including the following and at the rates cited: (1) Aaron L. Hammer ($445.00/hour); (2) Timothy S. Rybicki ($425.00/hour); (3) Nathan Delman ($345.00/hour); (4) Dante Wen ($290.00/hour); and (5) Olga Baltmiskis ($215.00/hour)(Doc. No. 373, pp. 2-18).

4. Further, there are numerous examples of duplicative and overlapping billing replete throughout the records. For example, three people from HMB billed time on this matter for

November 4, 5, 6, 9, 10 and 11, 2022.

5. Four people from HMB billed time for November 2, 8, 14, 16, 18 and 2022.

6. Shockingly, five people billed for time expended on November 1, 3, 15 and 17, 2022, on this matter.

7. Mr. Delman is even billed on two separate entries for November 3, 2022 (Doc. No. 373, pp. 5, 16). Thus, there are a total of six billing entries on that date.

8. Dante Wen billed for time expended on November 15, 2022 on two separate entries (Doc. No. 373, pp. 2, 10).

9. It is entirely unfair and unjust for the estate to be responsible to pay legal fees to as many as five attorneys and/or paralegals performing work all on the same date and at the same time. That is entirely duplicative, unnecessary, excessive and it wastes the resources and assets of the estate.

10. HMB has apparently been billing in this matter during the pendency of this entire bankruptcy case. This excessive and duplicative billing practice should be terminated.

11. Moreover, a review of the history of billings in this case should be undertaken.

12. For the reasons set forth herein, the Trinity entities object to the current fee petition.

WHEREFORE, for the reasons contained herein, counsel's petition for fees from November 1 through 30, 2022 should be denied or drastically reduced.

Dated: January 11, 2023

        Respectfully submitted,

        TRINITY GREEN, LLC and TRINITY GREEN, LLC – 509 PEYTON, TRINITY GREEN – COLORADO, LLC and TRINITY GREEN, LLC – 1240 N. DAMEN

        /s/ Robert J. Shelist

        By:_____
            Robert J. Shelist

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
205 N. Michigan Avenue
Suite 810
Chicago, Illinois 60601
(312) 226-0675

## CERTIFICATE OF SERVICE

      I, Robert J. Shelist, certify that on January 11, 2023 I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system. I further certify that I caused to be served a true and accurate copy of the foregoing document upon counsel of record in this case, by electronic mail.

      Respectfully submitted,

      /s/ Robert J. Shelist

      By:_____
           Robert J. Shelist

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
205 N. Michigan Avenue
Suite 810
Chicago, Illinois 60601
(312) 226-0675