**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>Debra A. Nason,<br>　　　　　　　Debtor(s)<br><br>AND ATTACHED LIST OF CASES | Case No.: 16-09162 et al.<br><br>Chapter: 13<br><br>Judge David D. Cleary |

## AMENDED AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Brenda A. Likavec formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY Peter C. Bastianen, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for **MULTIPLE CREDITORS** and Brenda A. Likavec formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Brenda A. Likavec | Peter C. Bastianen |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Brenda A. Likavec　　　　　　　　　　/s/ Peter C. Bastianen

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　/s/ Peter C. Bastianen

Dated August 4, 2023　　　　　　　　　　Peter C. Bastianen
　　　　　　　　　　　　　　　　　　　　Codilis & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　15W030 N. Frontage Road, Suite 100
　　　　　　　　　　　　　　　　　　　　Burr Ridge, IL 60527
　　　　　　　　　　　　　　　　　　　　630-794-5300

NOTE: This law firm is a debt collector.

Attached List of Cases:

Case #              Debtor(s)

| Case # | Debtor(s) |
|---|---|
| 16-35488 | Gwendolyn Marie McElmurry |
| 16-38651 | Darrell Robbins |
| 16-39772 | Hampton Lamont Kerr |
| 17-01218 | Caroline D Medina |
| 17-04031 | Alice A Askharia |
| 17-15887 | Charlotte Jenkins |
| 17-21566 | Gloria M Hunter |
| 17-23861 | Bernardino Hurtado Garcia |
| 17-24492 | Manuel Rosales, Jr. and Priscilla Emily Rosales |
| 17-25593 | Daniel John McCarrin, Jr. |
| 17-26442 | Benjamin D Hall |
| 17-26968 | James E. Williams |
| 17-28954 | Roberto V. Velazquez |
| 17-30519 | Victoria Lynn Jackson |
| 17-31739 | Gloria M Gomez |
| 17-32111 | Beutonna V Oates |
| 17-34177 | Doris Stephens |
| 17-35083 | Steven Robinson |
| 17-36759 | Lloyd J Lambert and Keenya M Lambert |
| 17-81197 | Andelko Grdan and Sladjana Grdan |
| 17-81327 | Brandon C White and Katie A White |
| 17-81634 | Christopher T Wallin and Karen B Wallin |
| 17-82495 | Mackenzie McCormick |
| 17-82986 | Alessandro Oliveri and Cynthia M Oliveri |
| 17-82994 | Jason R Briggs and Nicole M Briggs |
| 18-00013 | Timothy G Cosper and April Cosper |
| 18-00820 | Randa L Luster |
| 18-01940 | Bradley J Pinzer and Erika Pinzer |
| 18-03807 | Carolyn Denise Walker |
| 18-05816 | Stephanie Pegues |
| 18-07099 | Michael Watts |
| 18-07571 | Miguel Fernandez |
| 18-07718 | Tammy L Moore |
| 18-08184 | Alfredo Martinez and Rosa Martinez |
| 18-08329 | Natalie Gayles |
| 18-09768 | Mark Thomas Majewski and Janet Marie Majewski |
| 18-11151 | Stanley Hayden and Delisa A Hayden |
| 18-13192 | James S Williams, Jr. and Jewel D Williams |

| | |
|---|---|
| 18-13639 | Judith Phyllis Mahler |
| 18-14064 | John T. McMahan |
| 18-14922 | Eunice L Larry |
| 18-15430 | Marsha Lynn Pate- Rollins |
| 18-16149 | Jazmin N Ellis |
| 18-17266 | Greg A. Ohme and Nicole A. Ohme |
| 18-17309 | Michael T Connelly |
| 18-17891 | Terysa J Wojnar |
| 18-17979 | Enrique Mata |
| 18-18238 | Krassimira Rangelova |