UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )                    BK No.:    18-14064
John T. McMahan                           )
                                          )
                                          )                    Chapter: 7
                                          )
                                          )                    Honorable Janet S. Baer
                                          )
                  Debtor(s)               )

## ORDER DENYING FORMER ADVERSARY DEFENDANTS' MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS

      This cause came to be heard on the motion of Trinity Green LLC, Trinity Green, LLC-1240 N. Damen, Trinity Green LLC-509 Peyton, and Trinity Green-Colorado, LLC (the "Former Adversary Defendants") for disbursement of funds from escrow to the Former Adversary Defendants (the "Motion"); the Court having considered the pleadings, the arguments of the parties, and the applicable law, and for the reasons stated in the Court's oral ruling at the hearing on August 13, 2024,

      IT IS HEREBY ORDERED that the Motion is denied.

Enter:

_Janet S. Baer_

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 13, 2024