# EXHIBIT A

Recordings Data

Search Result - 9/16/2024 3:08 PM

| Recorded Date | PIN | Doc Type | Doc# | Pages | 1st Grantor | 1st Grantee | 1st Prior Doc# |
|---|---|---|---|---|---|---|---|
| 10/17/2023 | 17061270491001 | TRUSTEES DEED | 2329006102 | 9 | MCMAHAN JOHN T | SPRINGER THOMAS E | |
| 8/9/2022 | 17061270491001 | LIS PENDENS FORECLOSURE | 2222134030 | 8 | US BK | BAER JANET S | |
| 8/9/2022 | 17061270491001 | LIS PENDENS FORECLOSURE | 2222134029 | 9 | AGENTIS PLLC | MCMAILAN JOHN T | |
| 5/23/2022 | 17061270491001 | COURT DOC | 2214317151 | 5 | SPRINGER THOMAS E TR | TRINITY GREEN LLC | |
| 4/3/2014 | 17061270491001 | QUIT CLAIM DEED | 1409313099 | 4 | MCMAHAN JOHN T | TRINITY GREEN LLC | |
| 9/11/2007 | 17061270491001 | WARRANTY DEED | 0725457109 | 3 | FANNIE MAE | MCMAHAN JOHN T | |
| 3/1/2007 | 17061270491001 | DEED | 0706039084 | 1 | INTERCOUNTY JUDICIAL SALES CORP | FEDERAL NATL MTG ASSN | |
| 3/1/2007 | 17061270491001 | ASSIGNMENT | 0706039085 | 3 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | FEDERAL NATL MTG ASSN | |
| 11/2/2006 | 17061270491001 | LIS PENDENS | 0630645092 | 3 | FIFTH THIRD BK | TORRES GILBERTO | 0503920118 |
| 9/5/2006 | 17061270491001 | JUDGMENT | 0624839080 | 2 | HINOJOSA MAYRA | TORRES GILBERTO | |
| 8/15/2006 | 17061270491001 | ASSIGNMENT | 0622744022 | 2 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | ABN AMRO MTG GRP INC | |
| 5/26/2006 | 17061270491001 | LIS PENDENS | 0614645092 | 2 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | TORRES GILBERTO | 0030216174 |
| 2/28/2005 | 17061270491001 | RELEASE | 0505916037 | 2 | COLE TAYLOR BK | TORRES GILBERTO | 0030304761 |
| 3/5/2003 | 17061270491001 | MORTGAGE | 0030304761 | 13 | TORRES GILBERTO | COLE TAYLOR BK | 0505916037 |
| 2/14/2003 | 17061270491001 | RELEASE | 0030216173 | 2 | BANK ONE | TORRES GILBERTO | 00765246 |
| 2/14/2003 | 17061270491001 | MORTGAGE | 0030216174 | 19 | TORRES GILBERTO | MORTGAGE ELEC REGISTRATION SYSTEM | 0614645092 |
| 9/24/2002 | 17061270491001 | CONDOMINIUM DECLARATION | 0021044430 | 58 | TORRES GILBERTO | PUBLIC | 0614645092 |

Results                                                                                                                           Count : 11

| DOC NUM | VIEW | DATE FILED | TYPE | GRANTOR | | GRANTEE | |
|---|---|---|---|---|---|---|---|
| 2023K045178 | 📎 | 12/28/2023 | REL | AGENTIS PLLC | MCMAHAN JOHN T | GENEVA/24/2 | 2022K040607 | 18-14064, REL OF LIS PENDENS, PT LOT 2 |
| 2023K042613 | 📎 | 12/06/2023 | DT | MCMAHAN JOHN T EST | CHICAGO TITLE LAND TRUST CO 8002389090 | GENEVA/24/2 | 2022K027421 | LOT 2 EX NLY 30 FT |
| 2022K053992 | 📎 | 11/07/2022 | REL | CITY OF GENEVA | TRINITY GREEN LLC-509 LLC | GENEVA/24/2 | 2019K039529 | LOT 2 EX NLY 30 FT |
| 2022K040607 | 📎 | 08/10/2022 | LP | MCMAHAN JOHN T | SAFE HARBOR EQUITY LLC | GENEVA/24/2 | 2022K027421 | 18-14064, 2 PCLS; LOT 2 EX NLY 30 FT |
| 2022K040606 | 📎 | 08/10/2022 | LP | US BANK | CHICAGO TITLE LAND TRUST CO 1103213 | GENEVA/24/2 | 2014K019824 | LOT 2 EX NLY 30 FT |
| 2022K027421 | 📎 | 05/23/2022 | JGMT | TRINITY GREEN LLC | SPRINGER THOMAS E | GENEVA/24/2 | | 18-14064, 2 PCLS, LOT 2 EX NLY 30 FT |
| 2019K039529 | 📎 | 08/28/2019 | LIEN | CITY OF GENEVA | TRINITY GREEN LLC-509 PEYTON | GENEVA/24/2 | | LOT 2 EX NLY 30 FT |
| 2015K024077 | 📎 | 05/11/2015 | TRD | CHICAGO TITLE LAND TRUST CO 1103213 | TRINITY GREEN LLC 509 PAYTON | GENEVA/24/2 | | 2 PCLS, LT 2 EX NLY 30 FT |
| 2014K019824 | 📎 | 04/28/2014 | TRD | CHICAGO TITLE LAND TRUST CO 1103213 | TRINITY GREEN LLC-509 PAYTON | GENEVA/24/2 | | 2 PCLS, LT 2 EX NLY 30 FT |
| 2014K016935 | 📎 | 04/10/2014 | REL | DELAWARE PLACE BANK | CHICAGO TRUST CO 11103213 | GENEVA/24/2 | 2006K120060 | LT 2 EX NLY 30FT |
| 96K063223 | 📎 | 09/04/1996 | QCD | TRINITY DVLP INC | CHICAGO TRUST CO 1103213 | GENEVA/24/2 | | PT LTS |

® 2024 Kane County Recorder's Office.                                                                Powered by Land-Code LLC

https://lrs.kanecountyrecorder.net/search/criteria/list?as=true