# EXHIBIT B

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-14064 JSB
**Case Name:** JOHN T. MCMAHAN
**Period Ending:** 08/15/24

**Trustee:** Thomas E Springer
**Filed (f) or Converted (c):** 05/14/18 (f)
**§341(a) Meeting Date:** 06/18/18
**Claims Bar Date:** 09/28/18

| Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 52 Aintree Road, Saint Charles, IL, 60174-0000, Kane Single-family home | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 2 | W4168 Lakeview, Lake Geneva, WI, 53147 Walworth county, Single-family home 50% ownership Currently in foreclosure Abandoned on 9/7/2018 | 1,400,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2001 Mercedes E55, 65111 miles | 6,000.00 | 3,000.00 | | 1,800.00 | FA |
| 4 | 2001 Subaru Outback, 93550 miles Currently auctioneer has possession; have applied for title in order to proceed to sell at auction | 2,000.00 | 1,000.00 | | 1,750.00 | FA |
| 5 | 1992 Chevrolet Suburban, 103424 miles Order entered 12/4/19 approving sale of Trustee's Right, Title and Interest in vehicle to Debtor | 1,500.00 | 1,000.00 | | 1,000.00 | FA |
| 6 | 2004 Gem Car E6, 20 miles | 2,500.00 | 3,700.00 | | 3,700.00 | FA |
| 7 | 2003 Feuling W3, 1230 miles | 25,000.00 | 15,000.00 | | 8,250.00 | FA |
| 8 | 2005 MV Agusta Tamburini , 650 miles Currently auctioneer has possession; have applied for title in order to proceed to sell at auction | 14,000.00 | 7,000.00 | | 11,500.00 | FA |
| 9 | 2004 New Holland Tractor Boomer 33, 312 hours miles | 4,500.00 | 11,400.00 | | 11,400.00 | FA |
| 10 | 2002 Mercedes CLK 55 Order entered 12/4/19 approving sale of Trustee's Right, Title and Interest in vehicle to Debtor | 8,500.00 | 5,000.00 | | 5,000.00 | FA |
| 11 | 1992 Cobalt 252 Boat at Gordies Marina with storage/maintenance lien; Trustee to negotiate lien with Marina and then sell boat at auction UPDATE: Storage lien exceeds value of boat | 14,000.00 | 5,000.00 | | 0.00 | FA |
| 12 | 2001 Seadoo, RX-DI, 2001, 120 hours Jet ski at Gordies Marina with storage/maintenance lien; UPDATE: Storage lien exceeds value of jetski | 1,500.00 | 500.00 | | 0.00 | FA |
| 13 | 2002 Seadoo, GTX-RFI, 2002, 115 hours Jet ski at Gordies Marina with storage/maintenance lien; UPDATE: Storage lien exceeds value of jet ski | 1,500.00 | 500.00 | | 0.00 | FA |
| 14 | Indoor Furniture at 52 Aintree, St. Charles, IL | 5,000.00 | 0.00 | | 0.00 | FA |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| # | Asset Description | | | | |
|---|---|---|---|---|---|
| 15 | 5 Couches, 12 Overstuffed Chairs, 20 Dining chairs, 2 Dining tables, 5 Beds, Piano, Housewares, Misc. small appliances, Bookcases, Rugs, Lamps Outdoor Furniture Table, 8 Chairs, 2 Chaise lounges, W4168 Lakeview Lake Geneva, WI 53147 Couch, 2 Lounge chairs, 4 Beds, Buffet table, Coffee table, 2 Dining tables, 18 Dining chairs, 6 Lamps, Ottoman, Housewares, Misc. small appliances | 1,000.00 | 0.00 | 0.00 | FA |
| 16 | 6 TV's, laptop, printer, DVD player, cell phones | 300.00 | 0.00 | 0.00 | FA |
| 17 | Smith & Wesson 38 Chief's Special Remington 1100 Smith & Wesson 500 Win Mag Colt 454 Casull Smith & Wesson 40 cal | 2,000.00 | 0.00 | 0.00 | FA |
| 18 | Normal wearing apparel | 400.00 | 0.00 | 0.00 | FA |
| 19 | Tag Heuer watch, wedding band | 645.00 | 0.00 | 0.00 | FA |
| 20 | Cash | 75.00 | 0.00 | 0.00 | FA |
| 21 | Deposits of money: Bank of America | Unknown | 0.00 | 0.00 | FA |
| 22 | Northwestern Nasal And Sinus Associates, S.C. - defunct , 100% ownership | 0.00 | 0.00 | 0.00 | FA |
| 23 | Surgery Center at 900 N. Michigan LLC (u) 1% ownership Order approving sale entered 1/4/19 | Unknown | 2,500.00 | 0.00 | FA |
| 24 | McMahan-Clemis Institute Of Otolaryngology, S.C. Sole shareholder, 100% ownership Currently in Chapter 11 | Unknown | 0.00 | 0.00 | FA |
| 25 | Nelson Energy Partners 2004-B LP Nelson Energy Partners 1996-A LP Nelson Energy Partners 2000 LP, unknown % ownership | 0.00 | 0.00 | 0.00 | FA |
| 26 | Merit Center for Sleep Health LLC unknown % ownership | Unknown | 0.00 | 0.00 | FA |
| 27 | Trinity Lease Worldwide LLC 100% ownership Special Counsel retained to investigate value/fraudulent conveyance | Unknown | 0.00 | 0.00 | FA |
| 28 | Medical license for State of Illinois | Unknown | 0.00 | 0.00 | FA |
| 29 | Prudential Life Ins. - term insurance $10,000,000.00 face value - no CSV | 0.00 | 0.00 | 0.00 | FA |
| 30 | Litigation against American Express Tax Business Services, Deutsche Bank AG and Deutsche Bank Securities, Inc. 12 CV 4356 was resolved against the Debtor. Possible appeal. | Unknown | 0.00 | 0.00 | FA |
| 31 | Debtor may have interest in certain medical equipment | 30,000.00 | 0.00 | 0.00 | FA |
| 32 | Dividend The Surgery Center at (u) | 2,850.00 | 2,850.00 | 2,850.00 | FA |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| | 900 N. Michicagn Ave, LLC | | | | |
| 33 | Real estate: 348 Red Draw, Edwards, CO 81632 (u) | 3,900,000.00 | 3,900,000.00 | 4,288,387.70 | FA |
| 34 | Real Estate: 509 Peyton St., Geneva, IL 60134 (u) | 200,000.00 | 200,000.00 | 200,000.00 | FA |
| 35 | Real Property: 1240 N. Damen, Chicago, IL 60622 (u) | 550,000.00 | 550,000.00 | 375,000.00 | FA |
| 36 | TIP loan proceeds (u) | 543,700.00 | 543,700.00 | 543,700.00 | FA |
| 37 | INTEREST (u) | Unknown | N/A | 890.81 | FA |
| | **TOTALS (Excluding Unknown Values)** | **$8,016,970.00** | **$5,252,150.00** | **$5,455,228.51** | **$0.00** |

**Major activities affecting case closing:**
Trustee continues working with his Special Counsel on potential for multiple avoidable conveyances to multiple insider entities including assessment and analysis of property transferred, encumbrance amounts and timing and valuation of same. Discovery is ongoing.

3 adversary cases filed in 2020 and one adversary filed in 2021. The 2021 adversary is for sale of motorcycle, asset #7, jointly owned with non-filing spouse resolved and closed. Litigation continues in 3 other adversary proceedings.

UPDATE 1/25/2024: After protracted litigation, the Court ruled in favor of the Trustee and rendered Orders and a decision on January 10, 2024 denying defendants' motion to vacate judgment previously entered in favor of the Trustee authorizing avoidance of fraudulent conveyances and liquidation of real estate assets subject to the transfers. Trustee anticipates appeal by defendants and defense on appeal thereto.

Initial Projected Date of Final Report (TFR):  June 15, 2021          Current Projected Date of Final Report (TFR):  December 15, 2025